UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR -3  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
       v.                   )   CIVIL ACTION NO.
                            )
LEONARD T. PILLING,         )   04-40033-NMG
                            )
            Defendant.      )
                            )

**COMPLAINT FOR REPOSSESSION OF CHATTELS**

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney, and Christopher Donato, Assistant United States Attorney, states for its complaint as follows:

1. The Court has jurisdiction over this action under 28 U.S.C. 1345. Venue is proper because the defendant resides in this District.

2. The plaintiff is the United States of America, which brings this action on behalf of the Farm Service Agency, United States Department of Agriculture (hereinafter "FSA"), which has an office at 445 West Street, Amherst, Massachusetts.

3. The defendant, Leonard T. Pilling, is an adult individual who resides at 25 Kingsbury Road, Spencer, Massachusetts 01562.

4. Leonard T. Pilling is indebted to FSA on account of a series of loans made pursuant to the Consolidated Farm and Rural

Development Act. Several of the loans have been rescheduled and consolidated. The loans are now evidenced by five promissory notes in the amounts of $16,000.00, $4,120.00, $246,129.02, $25,611.25, and $32,258.80. Copies of the promissory notes are attached hereto as Exhibits A through E, respectively.

5. In order to secure repayment of the loans, Leonard T. Pilling executed and delivered to FSA a series of Security Agreements, the most recent dated March 23, 1995, which covered, among other things, all livestock, crops and equipment. A copy of the March 23, 1995 Security Agreement is attached hereto as Exhibit F.

6. In order to perfect the security interest granted by the Security Agreement, Leonard T. Pilling executed and delivered to FSA a financing statement, which was duly recorded and properly continued in the office of the Secretary of State. A copy of the financing statement is attached hereto as Exhibit G.

7. Leonard T. Pilling defaulted on the promissory notes and Security Agreement by failing to make payments when due, and FSA accelerated his account on February 5, 2003.

8. The amount due and owing on the Pilling account as of February 2, 2004 totaled $536,918.40, with interest from that date at the rate of $39.4768 per diem.

WHEREFORE, the United States of America demands -

A. That the amount due and owing on the promissory notes

be determined and be entered as a judgment against the defendant;

B. That the Court order a sale of the chattels described in the Security Agreement;

C. That the proceeds thereof be applied so far as they may extend to the costs and expenses of this litigation and next to the defendant's account; and

D. That the Court order such other and further relief as seems just.

 

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

Dated: March 2, 2004     By: /s/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303