UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,    )<br>                            )<br>V.                                 )<br>                            )<br>LEONARD T. PILLING,        )<br>        Defendants,    )<br>                            ) | CIVIL ACTION NO. 04-40033-NMG |

**UNITED STATES OF AMERICA'S
MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant in the above-captioned matter for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the plaintiff submits the attached sworn Certificate of Indebtedness and affidavit.

                                          Respectfully submitted,

                                          UNITED STATES OF AMERICA
                                          By its attorneys

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Dated: April 23, 2004        /S/ Christopher R. Donato
                                          Christopher R. Donato
                                          Assistant U.S. Attorney
                                          John Joseph Moakley Courthouse
                                          One Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3303

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the defendant at the following address:

Leonard T. Pilling  
25 Kingsbury Road  
Spencer, MA 01562

Dated: April 23, 2004        /S/ Christopher R. Donato  
                                 Christopher R. Donato  
                                 Assistant U.S. Attorney