**FARM SERVICE AGENCY**
**445 WEST STREET**
**AMHERST, MA  01002**

**INDEBTEDNESS AS OF  02/02/04**
**(PER ADPS)**

NAME:     PILLING, LEONARD T.

CASE NUMBER:    25-019-0010305611

| FUND CODE/ LOAN NO. | DATE OF LAST PAYMENT | UNPAID PRINCIPAL | UNPAID INTEREST | DAILY INTEREST ACCRUAL | DELINQUENT AS OF: 02/02/04 |
|---|---|---|---|---|---|
| 41-02 | 06-23-03 | $ 19,185.23 | $ 1,201.77 | $ 2.5234 | $ 16,786.56B |
| 41-10 | 08-13-03 | $  1,321.20 | $   165.87 | $  .1554 | $    153.22B |
| 44-22 | 09-15-03 | $ 12,263.47 | $ 2,200.63 | $ 1.4734 | $  8,140.54B |
| 44-23 | 08-13-03 | $ 20,505.63 | $ 4,773.43 | $ 2.2254 | $ 19,718.11B |
| 41-24 | 10-28-96 | $246,129.02 | $229,172.15 | $33.0992 | $173,558.85B |
|  |  | $299,404.55 | $237,513.85 |  |  |

$536,918.40

_____
CARRIE L. NOVAK
Farm Loan Chief

Sworn and subscribed to before me, the undersigned officer, on this 2nd day of February, 2004.

NOTARIAL

SEAL

_____
JANE A. RICE
Notary Public
My Commission expires January 29, 2010.