UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>V.<br><br>LEONARD T. PILLING,<br>　　　　Defendants, | CIVIL ACTION NO. 04-40033-NMG |

**JUDGMENT BY DEFAULT**

Upon application of the plaintiff along with the sworn statement of indebtedness demonstrating that the defendant owes the plaintiff the sum of $536,918.40, plus interest and costs, the defendant not being an infant or in the military service of the United States, the plaintiff having no knowledge or information as to the defendant being incompetent, the defendant having failed to plead or otherwise defend in this action, and his default having been entered, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, recover from the defendant, Leonard T. Pilling, the sum of $536,918.40, plus interest and costs.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>                        )<br>V.                           )<br>                        )<br>LEONARD T. PILLING,         )<br>        Defendants,  )<br>                        ) | CIVIL ACTION NO. 04-40033-NMG |

**ORDER AUTHORIZING REPOSSESSION OF CHATTEL**

Judgment having been issued by this Court in favor of the plaintiff, United States of America, it is hereby

ORDERED, ADJUDGED, AND DECREED that the United States of America is permitted to repossess the chattel property set forth and described in Exhibit F of the complaint in this action, and further that the plaintiff be permitted to enter upon any property where such chattel property is located in order to take possession thereof;

AND IT IS FURTHER ORDERED that the plaintiff sell the said chattel property in any commercially reasonable manner and apply the proceeds as far as they may extend to the costs and expenses of this action and next to the defendant's account, including interest computed daily and compounded annually to the date of payment, and pay over the remainder, if any there be, to the defendant.

Dated: _____    _____
                                  UNITED STATES DISTRICT JUDGE